IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
10:02 am
FEB 17 2006
DAVID J. MALAND, CLERK
BY
DEPUTY _____

| | | |
|---|---|---|
| LE ANN MCATEER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:06cv68 |
| SILVERLEAF RESORTS, INC., | § § | |
| Defendant. | § § | |

## NOTICE OF REMOVAL

Defendant files this Notice of Removal pursuant to 28 U.S.C. §§ 1331 and 1446, and states as follows:

1.  Plaintiff Le Ann McAteer has set forth her claims against Defendant in an Original Petition styled as *Le Ann McAteer v. Silverleaf Resorts, Inc.*, and filed with the District Court, 402nd Judicial District of Wood County, Texas, Cause No. 2006-040, a true and correct copy of which is attached hereto as Exhibit A.

2.  This action, as shown below, is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331, 1337, and 1367 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

3.  Because this is a civil action brought in state court and of which this Court has original jurisdiction, Defendants are entitled to remove this action from state court under 28 U.S.C. §§ 1331, 1337, 1367, 1441 and 1446 to this Court, which is situated within the judicial district and division in which the action is now pending.

4.  By virtue of the authority of <u>Metropolitan Life Insurance Co. v. Taylor</u>, 481 U.S. 58 (1987), and <u>Pilot Life Insurance Co. v. Dedeaux</u>, 481 U.S. 41 (1987), any and all claims that

relate to an employee benefit plan are completely preempted by ERISA. Plaintiff's attempt to seek judicial interpretation and construction of her claims, which relate to an employee benefit plan in state court is, therefore, preempted.

5. Furthermore, Plaintiff is obligated pursuant to a written agreement to submit to arbitration any and all claims that she may have against her former employer, Silverleaf Club, as well as the named Defendant Silverleaf Resorts, Inc. Accordingly, Plaintiff's attempt to seek judicial interpretation and construction of her claims is preempted by the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*

6. This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the Plaintiff's Citation and Original Petition and Request for Disclosure in this action were served on January 26, 2006. This Notice of Removal is filed within 30 days of service of Plaintiff's Citation and Original Petition and Request for Disclosure and is timely filed under 28 U.S.C. § 1446(b).

7. Written notice of the filing of this Notice will be given by counsel for Defendant to counsel for Plaintiff, as provided by law, and a copy of this Notice will be filed with the clerk of court in the District Court, 402nd Judicial District of Wood County, Texas.

WHEREFORE, Defendant respectfully requests that this action be removed from the District Court, 402nd Judicial District of Wood County, Texas, to the United States District Court for the Eastern District Texas, Tyler Division and that this Court enter such further orders as may be necessary and appropriate.

Dated: 2-16-06

Respectfully submitted,

By: _____
Bruce J. Douglas
Texas Bar No. 06039770
LARKIN HOFFMAN DALY & LINDGREN LTD.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
Telephone: (952) 896-1569
Fax: (952) 842-1717

*Lead Attorney*

AND

Dated: 2-17-06

By: _____
Charles H. Clark
Texas Bar No. 04274000
Greg Porter
Texas Bar No. 24002785
CLARK, LEA, AINSWORTH & PORTER
604 Woldert
P. O. Box 98
Tyler, TX 75702
Telephone: (903) 593-2514
Fax: (903) 595-1294

ATTORNEYS FOR
SILVERLEAF CLUB, AND
PLAN ADMINISTRATOR FOR SILVERLEAF CLUB
EMPLOYEE INJURY BENEFIT PLAN,
AND NAMED DEFENDANT SILVERLEAF
RESORTS, INC.

OF COUNSEL:

Lawrence E. Ackels, Jr.
Texas Bar No. 00830100
ACKELS & ACKELS, L.L.P.
2777 Stemmons Freeway - Suite 879
Dallas, TX 75207
Telephone: (214) 267-8600
Fax: (214) 267-8605

ATTORNEYS FOR DEFENDANT
SILVERLEAF RESORTS, INC.

## CERTIFICATE OF SERVICE

I certify that, on February 17th, 2006, I caused to be mailed a true and correct copy of the foregoing Notice of Removal by U.S. Mail, certified, return receipt requested to plaintiff's counsel of record at his last known address:

Rex A. Nichols, Jr., Esq.
Nichols & Nichols, P.C.
1703 Judson Road
P.O. Box 2623
Longview, TX 75601-2914

_/s/ Gregory S. Porter_

1057683.1